# EXHIBIT 1

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF RAMSEY                                      SECOND JUDICIAL DISTRICT

---

|                                      |                                  |
|--------------------------------------|----------------------------------|
| Wesley Halvorsen,                    | Case Type: Personal Injury       |
|                                      | Court File No.:                  |
| Plaintiff,                           |                                  |
|                                      |                                  |
| vs.                                  | **SUMMONS**                      |
|                                      |                                  |
| Evoqua Water Technologies, LLC,      |                                  |
|                                      |                                  |
| Defendant.                           |                                  |

---

TO: THE ABOVE-NAMED DEFENDANT, EVOQUA WATER TECHNOLOGIES, LLC, 1010 DALE STREET NORTH, ST. PAUL, MN 55117.

    1.    **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

    2.    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Meuser, Yackley & Rowland, P.A., 10400 Viking Drive, Suite 250, Eden Prairie, MN 55344.

    3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer, you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4.    **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

    5.    **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can

get legal assistance.  **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

      6.    **ALTERNATIVE DISPUTE RESOLUTION.**  The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice.  You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: 2/17/22

*/s/ Daniel B. Harrison*

Daniel B. Harrison (#0400098)
(952) 207-2209
Lindsey M. Rowland (#0400226)
952-641-2399
Attorney for Plaintiff
Meuser, Yackley & Rowland, P.A.
10400 Viking Drive, Suite 250
Eden Prairie, MN  55344

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |

|  |  |
|---|---|
| Wesley Halvorsen, | Case Type: Personal Injury<br>Court File No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Evoqua Water Technologies, LLC, | |
| Defendant. | |

TO: THE ABOVE-NAMED DEFENDANT, EVOQUA WATER TECHNOLOGIES, LLC, 1010 DALE STREET NORTH, ST. PAUL, MN 55117.

Plaintiff, for his cause of action against the Defendant, states and alleges as follows:

I.

That, Plaintiff Wesley Halvorsen ("Plaintiff"), at all times material and relevant hereto, resided in the City of Woodbury, County of Washington, State of Minnesota

II.

That upon information and belief, at all times material hereto, Defendant Evoqua Water Technologies, LLC ("Defendant"), is a foreign limited liability corporation and at all times material and relevant hereto licensed to do business, and was doing business, in the State of Minnesota having its last known registered address at 1010 Dale Street North, in the City of St. Paul, County of Ramsey, State of Minnesota.

III.

That, on or about March 11, 2020, Plaintiff Wesley was acting in the course and scope of his employment with the City of Roseville Fire Department, located in the County of Ramsey, State of Minnesota.

IV.

That, on the aforementioned date, an alarm sounded at Defendant's building at 2430 Rose Place West in the City of Roseville, County of Ramsey, State of Minnesota.

V.

That, at the aforementioned time and place, Plaintiff, while acting in the course and scope of his employment, responded to the alarm at Defendant's facility at the aforementioned address. 2430 Rose Place West in the City of Roseville, County of Ramsey, State of Minnesota

## COUNT I: NEGLIGENCE

VI.

Plaintiff realleges and restates paragraphs I through V as if set forth herein.

VII.

That, at the aforementioned time and place, Plaintiff was exposed to a safety hazard as he entered the Defendant's building.

VIII

Defendant owed a duty to Plaintiff to exercise due care and caution for his safety and to act reasonably and prudently under the circumstances then existing.

IX.

That, as a direct and proximate result of the negligence, and recklessness of Defendant, Plaintiff was thereby severely and permanently injured in mind and body, and so remains and will permanently suffer great bodily harm and mental pain.

X.

That, by virtue of his injuries, Plaintiff has incurred large expenses for medical services, including but not limited to, hospital expenses, physicians' expenses, medicines, nursing, medical travel expenses, and other medical expenses in endeavoring to cure himself of his injuries, and will incur such expenses in the future, all to his damage in an amount undetermined at this time.

## COUNT II: IMPROVEMENT TO REAL PROPERTY

XI.

Plaintiff realleges and restates paragraphs I through X as if set forth herein.

XII.

Upon information and belief, an improvement to real property was added to Defendant's building located at 2430 Rose Place West in the City of Roseville, County of Ramsey, State of Minnesota.

XII.

Upon information and belief, the aforementioned improvement to real property was defective and unsafe, as it caused a safety hazard.

XIII.

Upon information and belief, Plaintiff incurred great bodily injury which arose out of the defective and unsafe conditions.

XIV.

Upon information and belief, the defective and unsafe improvement to real property was a substantial factor and/or proximate cause of Plaintiff's great bodily injury.

XV.

Plaintiff prays for the judgement against Defendant herein for all liability benefits due and owing from and after March 11, 2020, together with statutory interests, costs, and disbursements herein.

WHEREFORE, Plaintiff Wesley Halvorsen demands judgment against Defendant Evoqua Water Technologies, LLC for a reasonable sum in excess of fifty thousand dollars ($50,000.00), together with interest, costs, and disbursements herein.

Dated: 2/17/22

*Daniel B. Harrison*

Daniel B. Harrison (#0400098)
(952) 207-2209
Lindsey M. Rowland (0400226)
(952) 641-2399
Attorney for Plaintiff
Meuser, Yackley & Rowland, P.A.
10400 Viking Drive, Suite 250
Eden Prairie, MN 55344

## **AKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. § 549.211 to the party against whom the allegations in this pleading are asserted.

Dated: 2/17/22

*/s/ Daniel B. Harrison*
Daniel B. Harrison (#0400098)
(952) 207-2209
Lindsey M. Rowland (0400226)
(952) 641-2399
Attorney for Plaintiff
Meuser, Yackley & Rowland, P.A.
10400 Viking Drive, Suite 250
Eden Prairie, MN  55344

County of Ramsey                                    State of Minnesota
                                                    Second Judicial
**FORM 22 - NOTICE AND ACKNOWLEDGMENT OF SERVICE BY MAIL**   District
Wesley Halvorsen v.                **NOTICE**
Evoqua Water Technologies, LLC

TO: (insert the name and address of the person to be served.)

The enclosed summons and complaint are served pursuant to Rule 4.05 of the Minnesota Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 20 days.

Signing this Acknowledgment of Receipt is only an admission that you have received the summons and complaint, and does not waive any other defenses.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on (insert date).

_____
Signature

_____
Date of Signature

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter at (insert address).

_____
Signature

Relationship to Entity/Authority to
Receive Service of Process

Date of Signature

(Added March 21, 1985, effective July 1, 1985.)